UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID LEFEVRE                                         CIVIL ACTION

VERSUS                                                NO: 05-6288

N. BURL CAIN, WARDEN                                  SECTION "J"(6)

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and respondent's **Objections** to the Magistrate's Report and Recommendation, styled as a Motion for Review of Magistrate Court Report and Recommendation (Rec. Doc. 72), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly;

**IT IS ORDERED** that respondent's **Objections** (Rec. Doc. 72) should be and are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of**

**Habeas Corpus** should be and is hereby **GRANTED**.

New Orleans, Louisiana this 8th day of December, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE