UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID LEFEVRE                                        CIVIL ACTION

VERSUS                                               NO: 05-6288

BURL CAIN ET AL                                      SECTION: J(6)

**ORDER**

Before the Court is Respondent Burl Cain's **Motion for Stay of Judgment Pending Appeal (Rec. Doc. 78).** Petitioner has indicated that he has does not oppose the motion seeking a stay of his release pursuant to this Court's order and judgment granting him habeas corpus relief (Rec. Docs. 74 & 75). In light of Petitioner's decision not to oppose the present motion, and because Respondent Cain has made the required showing for a stay of Petitioner's release under the Supreme Court's decision in Hilton v. Braunskill, 481 U.S. 770 (1987), the Court finds that the motion should be granted. Accordingly,

**IT IS ORDERED** that Respondent Burl Cain's **Motion for Stay of Judgment Pending Appeal (Rec. Doc. 78)** is **GRANTED.**

**IT IS FURTHER ORDERED** that this Court's judgment of December 15, 2008 granting Petitioner habeas corpus relief and ordering that Petitioner be re-tried or released within 120 days of the date of entry of the judgment (Rec. Doc. 75) is hereby **STAYED**

pending final disposition of Respondent Cain's appeal of that judgment.

New Orleans, Louisiana this 7th day of January, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE