UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID LEFEVRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6288** |
| **BURL CAIN, WARDEN** | **SECTION "J" (6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection filed to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to reopen the proceedings in the above-captioned matter under the provisions of Federal Rule of Civil Procedure 60(b) (rec. doc. 96), is hereby **DENIED.**

New Orleans, Louisiana, this 25th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE