UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEFEVRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6288** |
| **CAIN ET AL.** | **SECTION "J"** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

\_\_✓\_\_    a certificate of appealability shall not be issued for the following reason(s):

Defendant has not made a substantial showing of the denial of a constitutional right. Defendant's claims have already been adjudicated by the Fifth Circuit in *Lefevre v. Cain*, 586 F.3d 349 (5th Cir. 2009).

New Orleans, Louisiana, this 23rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE